August 7, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MHAMMAD MOMAYAZI AND SORAYA DJAVADZADAH, Appellant

NO. 14-12-00617-CV                    V.

MALCOLM SPILLMAN AND NATIONAL FREIGHT, INC., Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on May 29, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellants, Mhammad Momayazi and Soraya Djavadzadah, jointly and severally, to pay all costs incurred in this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.